IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJED ABDEEN KARABALA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GROUPE AIR FRANCE-KLM, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-04665 JSW<br><br>**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: December 19, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom