Gretchen M. Nelson (Cal. Bar No. 112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019
   -and-
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

*Attorneys for Plaintiffs*

Charles L. Coleman, III (Cal. Bar No.65496)
Chung-Han Lee (Cal. Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

*Attorneys for Defendant Société Air France*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>Plaintiffs,<br><br>v.<br><br>GROUPE AIR FRANCE-KLM and SOCIETE AIR FRANCE,<br><br>Defendants. | Civ. No. C 06-04665 JSW (JL)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GROUPE AIR FRANCE-KLM AND [~~PROPOSED~~] ORDER** |

- 1 -

STIPULATION OF DISMISSAL                                   Case No. C 06-04665 JSW(JL)

IT IS HEREBY STIPULATED by and between Plaintiffs MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA, and Defendant GROUPE AIR FRANCE-KLM, through their designated counsel, that all claims asserted in this action against Defendant GROUPE AIR FRANCE-KLM be and hereby are dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), with each party bearing its own costs and fees. This action remains pending and is not dismissed as to Defendant SOCIETE AIR FRANCE.

Respectfully Submitted,

Dated: January 5, 2007

KREINDLER & KREINDLER LLP

_____
Gretchen M. Nelson (Cal. Bar No. 112566)
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Attorneys for Plaintiffs

Dated: January 5, 2007

HOLLAND & KNIGHT LLP

_____
Charles L. Coleman, III (State Bar No. 65496)
Chung-Han Lee (State Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

Attorneys for Defendant

STIPULATION OF DISMISSAL | Case No. C 06-04665 JSW(JL)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 9, 2007

_____
UNITED STATES DISTRICT JUDGE

# 4267028_v1

STIPULATION OF DISMISSAL — Case No. C 06-04665 JSW(JL)

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910