IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJED ABDEEN KARABALA, et al., | |
| Plaintiffs, | No. C 06-04665 JSW |
| v. | |
| GROUPE AIR FRANCE-KLM, et al., | **ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE** |
| Defendants. | |

On January 5, 2007, the parties filed a proposed stipulated protective order. Upon review of the proposed order, the Court finds that paragraph 8 of the proposed order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The stipulated protective order is DENIED without prejudice; upon redrafting the offending section, the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: January 12, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE