Gretchen M. Nelson, Esq. CSB # 112566
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 5070
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
gnelson@kreindler.com

Robert J. Spragg, Esq.
Hilary B. Taylor, Esq., CSB #203796
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017
Tel. No. (212) 687-8181
Facsimile: (212) 943-3491
rspragg@kreindler.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>    Plaintiffs,<br><br>v.<br><br>GROUPE AIR FRANCE-KLM and SOCIETE AIR FRANCE,<br><br>    Defendants. | Case No. C 06-04665 JSW<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM RE: MOHAMMAD KARABALA; AND [PROPOSED] ORDER THEREON** |

Petitioner, MOHAMMAD KARABALA states as follows:

1. Petitioner MOHAMMAD KARABALA is a minor child born on April 8, 1997.

2. Petitioner has filed an action in this court against defendants Groupe Air France-KLM and Societe Air France for physical and emotional injuries he suffered as a result of an accident on board Air France Flight 358 on August 2, 2005.

3. Petitioner has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Petitioner's mother, Amal Karabala, whose address is 3686 Country Club

1  Boulevard, Stockton, CA 95204, is a competent and responsible person, and fully competent to
2  act as his guardian ad litem.
3      5.    Petitioner's mother, Amal Karabala, is willing to act as guardian ad litem for
4  petitioner, as demonstrated in her declaration which is filed concurrently herewith.
5      WHEREFORE, petitioner moves the Court for an order appointing AMAL KARABALA,
6  as guardian ad litem for Petitioner, MOHAMMAD KARABALA, for the purpose of bringing
7  action against the foregoing defendants on the claim herein above stated.

Dated: January 25, 2007

Respectfully submitted,

Gretchen M. Nelson, Esq., CSB # 112566
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019
    - and -
Robert J. Spragg, Esq.
Hilary B. Taylor, Esq., CSB # 203796
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Fl.
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

By: _____
    Gretchen M. Nelson
    *Attorneys for Plaintiffs*

## ORDER

The petition for an order appointing AMAL KARABALA, as guardian ad litem for Petitioner, MOHAMMAD KARABALA, is GRANTED.

IT IS SO ORDERED.

DATED: February 1, 2007

_____
Jeffrey S. White
United States District Judge

---

195480.1     -2-
PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM
RE: MOHAMMAD KARABALA; AND
[PROPOSED] ORDER THEREON
*Karabala v. Group Air France-KLM*