Gretchen M. Nelson, Esq. CSB # 112566
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 5070
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
gnelson@kreindler.com

Robert J. Spragg, Esq.
Hilary B. Taylor, Esq., CSB #203796
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017
Tel. No. (212) 687-8181
Facsimile: (212) 943-3491
rspragg@kreindler.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>Plaintiffs,<br><br>v.<br><br>GROUPE AIR FRANCE-KLM and SOCIETE AIR FRANCE,<br><br>Defendants. | Case No. C 06-04665 JSW<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM RE: YOUSEF KARABALA; AND [PROPOSED] ORDER THEREON** |

Petitioner, YOUSEF KARABALA states as follows:

1. Petitioner YOUSEF KARABALA is a minor child born on January 25, 1996.

2. Petitioner has filed an action in this court against defendants Groupe Air France-KLM and Societe Air France for physical and emotional injuries he suffered as a result of an accident on board Air France Flight 358 on August 2, 2005.

3. Petitioner has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Petitioner's mother, Amal Karabala, whose address is 3686 Country Club

195479.1 -1-

PETITION FOR APPOINTMENT OF
GUARDIAN AD LITEM RE: YOUSEF KARABALA;
AND [PROPOSED] ORDER THEREON
*Karabala v. Group Air France-KLM*

Boulevard, Stockton, CA 95204, is a competent and responsible person, and fully competent to act as his guardian ad litem.

5. Petitioner's mother, Amal Karabala, is willing to act as guardian ad litem for petitioner, as demonstrated in her declaration which is filed concurrently herewith.

WHEREFORE, petitioner moves the Court for an order appointing AMAL KARABALA, as guardian ad litem for Petitioner, YOUSEF KARABALA, for the purpose of bringing action against the foregoing defendants on the claim herein above stated.

Dated: January 25, 2007

Respectfully submitted,

Gretchen M. Nelson, Esq., CSB # 112566
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019
    - and -
Robert J. Spragg, Esq.
Hilary B. Taylor, Esq., CSB # 203796
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Fl.
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

By: _____
Gretchen M. Nelson
*Attorneys for Plaintiffs*

ORDER

The petition for an order appointing AMAL KARABALA, as guardian ad litem for Petitioner, YOUSEF KARABALA, is GRANTED.

IT IS SO ORDERED.

DATED: February 1, 2007

_____
United States District Judge

195479.1 -2-

PETITION FOR APPOINTMENT OF
GUARDIAN AD LITEM RE: YOUSEF KARABALA;
AND [PROPOSED] ORDER THEREON
*Karabala v. Group Air France-KLM*