1  Gretchen M. Nelson (Cal. Bar No. 112566)
   KREINDLER & KREINDLER LLP
2  707 Wilshire Blvd., Suite 5070
   Los Angeles, CA 90017
3  Tel.: (213) 622-6469
   Fax: (213) 622-6019
4       -and-
5  Robert J. Spragg, *pro hac vice*
   Hilary B. Taylor (Cal. Bar No. 203796)
6  KREINDLER & KREINDLER LLP
   100 Park Avenue, 18th Floor
7  New York, NY 10017
   Tel.: (212) 687-8181
8  Fax: (212) 972-9432

*Attorneys for Plaintiffs*

Charles L. Coleman, III (Cal. Bar No.65496)
Chung-Han Lee (Cal. Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

*Attorneys for Defendant Société Air France*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>Plaintiffs,<br><br>v.<br><br>GROUPE AIR FRANCE-KLM and SOCIETE AIR FRANCE,<br><br>Defendants. | Civ. No. C 06-04665 JSW (JL)<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER<br><br><br><br>[DECLARATION OF CHUNG-HAN LEE FILED CONCURRENTLY HEREWITH] |

1

1  The parties make this stipulated request for an order changing time pursuant to Local
2  Rule 6-2. It is hereby stipulated and agreed by and between plaintiffs MAJED ABDEEN
3  KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA;
4  AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA
5  and MOHAMMAD KARABALA; and NOOR KARABALA ("Plaintiffs"), and defendant
6  SOCIÉTÉ AIR FRANCE ("Defendant"), by and through their respective undersigned attorneys,
7  as follows:
8  On December 20, 2006, the Court issued its Order Scheduling Trial and Pretrial Matters
9  for this case providing various deadlines for the completion of ADR, non-expert and expert
10 discovery, and dispositive motions. In the Scheduling Order, the Court provided the following
11 deadlines:

| | |
|---|---|
| Last Day to Conduct ADR | February 20, 2007 |
| Further Case Management Conference | March 9, 2007, 1:30 p.m. |
| Close of Non-Expert Discovery | March 30, 2007 |
| Last Day for Expert Discovery | June 29, 2007 |
| Last Day to Hear Dispositive Motions | August 3, 2007, 9:00 a.m. |
| Pretrial Conference | October 22, 2007, at 2:00 p.m. |
| Jury Trial Date | November 26, 2007 at 8:30 a.m. |

19 Since the Court issued its initial Scheduling Order, the parties have been actively engaged
20 in extensive negotiations regarding a stipulation not to contest liability that would obviate the
21 need to conduct liability discovery and the need to conduct a trial on liability issues. The parties
22 have reached an agreement on the stipulation, and the parties executed and filed the "Stipulation
23 Regarding Certain Claims and Defenses; [Proposed] Order" on Friday, February 09, 2007. In
24 the meantime, the parties have begun fact discovery on damages issues.
25 Moreover, the parties have agreed on private mediation before the Honorable Judge
26 Dickran Tevrizian of the Central District of California. Judge Tevrizian, who previously
27 presided in the mediation in the related case *Ayat v. Societe Air France*, N.D. Cal., 06-1574 JSW
28 (JL), has agreed to serve as a mediator in this matter. Due to the scheduling constraints of Air

2

France's lead counsel, Charles L. Coleman, III, who is engaged in a month-long arbitration in Sacramento, California this month, as well as the scheduling constraints of Judge Tevrizian who could only accommodate a mediation after 4:00 p.m. on most dates this month because he is engaged in an extended criminal trial, the parties were unable to set the date for the mediation before Judge Tevrizian before the February 20, 2007 deadline to conduct ADR. The parties have again consulted Judge Tevrizian's schedule and currently working on setting the mediation for late March or early April.

In light of the foregoing events, the parties now seek to extend certain dates set forth in the Court's Scheduling Order. Thus, the parties stipulate and respectfully request that the Court amend the Scheduling Order to provide the following deadlines:

| | |
|---|---|
| Last Day to Conduct ADR | April 13, 2007 |
| Further Case Management Conference | April 27, 2007, 1:30 p.m. |
| Close of Non-Expert Discovery | May 4, 2007 |

The parties agree that all other in the Scheduling Order shall remain the same.

The parties agree that there is good cause for this extension in that the parties have been diligent in conducting fact discovery. In addition, the parties have reached an agreement and have filed a stipulation that obviates the need to conduct liability discovery and the need to conduct a trial on liability issues leaving only damages at issue. The parties believe that these developments have streamlined the case and should provide the parties a meaningful opportunity to reach a settlement at the mediation. Absent a settlement at the mediation, the fact that discovery is now restricted only to damages issues should limit the scope of any remaining fact and expert discovery. The postponement of the ADR and the close of non-expert discovery deadlines in the current Scheduling Order is not being sought for the purpose of delay but is intended to allow the parties to conduct the mediation and hopefully reach an amicable settlement of this case. The proposed postponement does not delay the pretrial conference or the trial date previously set by the Court.

Pursuant to L.R. 6-2, this Stipulated Request is accompanied by the Declaration of Chung-Han Lee filed concurrently hereto.

3

|   |   |
|---|---|
| 1 |   |
| 2 | Respectfully Submitted, |
| 3 | Dated: February 14, 2007     KREINDLER & KREINDLER LLP |

Respectfully Submitted,

Dated: February 14, 2007

KREINDLER & KREINDLER LLP

_____
Gretchen M. Nelson (Cal. Bar No. 112566)
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Attorneys for Plaintiffs

Dated: February 14, 2007

HOLLAND & KNIGHT LLP

_____
Charles L. Coleman, III (State Bar No. 65496)
Chung-Han Lee (State Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 26, 2007

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# 4355536_v1

4

Stipulation Request for Order Changing Time     No. C 06-04665 JSW (JL)