Gretchen M. Nelson (Cal. Bar No. 112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019
        -and-
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

*Attorneys for Plaintiffs*

Charles L. Coleman, III (Cal. Bar No.65496)
Chung-Han Lee (Cal. Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

*Attorneys for Defendant Société Air France*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA, <br><br> Plaintiffs, <br><br> v. <br><br> SOCIETE AIR FRANCE, <br><br> Defendants. | Civ. No. C 06-04665 JSW (JL) <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER** <br><br><br> **[DECLARATION OF CHUNG-HAN LEE FILED CONCURRENTLY HEREWITH]** |

1

1    The parties make this stipulated request for an order changing time pursuant to Local

2    Rule 6-2. It is hereby stipulated and agreed by and between plaintiffs MAJED ABDEEN

3    KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA;

4    AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA

5    and MOHAMMAD KARABALA; and NOOR KARABALA ("Plaintiffs"), and defendant

6    SOCIÉTÉ AIR FRANCE ("Defendant"), by and through their respective undersigned attorneys,

7    as follows:

8    On December 20, 2006, the Court issued its Order Scheduling Trial and Pretrial Matters

9    for this case providing various deadlines for the completion of ADR, non-expert and expert

10   discovery, and dispositive motions. In the Scheduling Order, the Court provided the following

11   deadlines:

12   | Last Day to Conduct ADR | February 20, 2007 |

13   | Further Case Management Conference | March 9, 2007, 1:30 p.m. |

14   | Close of Non-Expert Discovery | March 30, 2007 |

15   | Last Day for Expert Discovery | June 29, 2007 |

16   | Last Day to Hear Dispositive Motions | August 3, 2007, 9:00 a.m. |

17   | Pretrial Conference | October 22, 2007, at 2:00 p.m. |

18   | Jury Trial Date | November 26, 2007 at 8:30 a.m. |

19   Subsequently, the Court granted a Stipulated Request for an Order Changing Time

20   submitted by the parties to extend certain deadlines set forth in the Court's Scheduling Order. In

21   that Order, the Court extended the date by which the parties could conduct ADR, continued the

22   Further Case Management Conference, and extended the date for the close of non-expert

23   discovery. Under the Court's order, the following deadlines were adopted:

24   | Last Day to Conduct ADR | April 13, 2007 |

25   | Further Case Management Conference | April 27, 2007, 1:30 p.m. |

26   | Close of Non-Expert Discovery | May 4, 2007 |

27   The parties held their ADR mediation before Judge Tevrizian of the Central District of

28   California on Wednesday, April 11, 2007. Although some progress was made, the parties were

2

Stipulated Request for Order Changing Time                    No. C 06-04665 JSW (JL)

1  unable to settle this matter at the mediation.  Therefore, the parties must now complete discovery

2  and prepare for trial in November, 2007.

3         In light of the foregoing events, the parties now seek short extensions of the deadlines set

4  forth in the Court's February 26, 2007 Order.  Thus, the parties stipulate and respectfully request

5  that the Court amend the Scheduling Order to provide the following deadlines:

6  Further Case Management Conference          June 1, 2007, 1:30 p.m.

7  Close of Non-Expert Discovery               June 1, 2007

8  Last Day for Expert Discovery               July 20, 2007

9  Last Day to Hear Dispositive Motions        August 31, 2007, 9:00 a.m.

10  Pretrial Conference                        October 22, 2007, at 2:00 p.m.

11  Jury Trial Date                            November 26, 2007 at 8:30 a.m.

12        The parties agree that there is good cause for this extension.  First, the parties have been

13  diligent in conducting discovery with the parties having completed an initial round of

14  interrogatories and document requests.  Moreover, Air France has noticed the deposition of

15  certain plaintiffs to be taken in late April, but the parties need additional time beyond the May 4,

16  2007 deadline to accommodate the parties and counsel's schedules for completing the

17  depositions.  Second, the parties have reached an agreement and have filed a stipulation that

18  obviates the need to conduct liability discovery and the need to conduct a trial on liability issues.

19  The Court entered an ordering granting the parties Stipulation Regarding Certain Claims and

20  Defense on February 14, 2007.  The fact that discovery is now restricted only to damages issues

21  should limit the scope of any remaining fact and expert discovery.  The extension of the

22  Scheduling Order being sought in this Stipulation by the parties is not being sought for the

23  purpose of delay but is intended to allow the parties conduct the necessary damages discovery to

24  prepare this case for trial.  The proposed postponement does not delay the pretrial conference or

25  the trial date previously set by the Court.

26        Pursuant to L.R. 6-2, this Stipulated Request is accompanied by the Declaration of

27  Chung-Han Lee filed concurrently hereto.

28

Stipulated Request for Order Changing Time                    No. C 06-04665 JSW (JL)

Respectfully Submitted,

Dated: April 16, 2007

KREINDLER & KREINDLER LLP

Gretchen M. Nelson (Cal. Bar No. 112566)
707 Wilshire Boulevard, Suite 5070
Los Angeles, CA 90017
Tel: (213) 622-6469
Fax: (213) 622-6019
-and-
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432
Attorneys for Plaintiffs

Dated: April 16, 2007

HOLLAND & KNIGHT LLP

Charles L. Coleman, III  (State Bar No. 65496)
Chung-Han Lee (State Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street,  28th Floor
San Francisco, CA 94111-4624
Tel:  (415) 743-6900
Fax: (415) 743-6910

Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___April 20___, 2007

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

#4485127_v1

4