Gretchen M. Nelson (Cal. Bar No. 112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019
    -and-
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

*Attorneys for Plaintiffs*

Charles L. Coleman, III (Cal. Bar No.65496)
Chung-Han Lee (Cal. Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

*Attorneys for Defendant Société Air France*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>                    Plaintiffs,<br><br>       v.<br><br>GROUPE AIR FRANCE-KLM and SOCIETE AIR FRANCE,<br><br>                    Defendants. | Civ. No. C 06-04665 JSW (JL)<br><br>STIPULATION REGARDING CERTAIN CLAIMS FOR DAMAGES FOR EMOTIONAL DISTRESS; [PROPOSED] ORDER |

1

1       It is hereby stipulated and agreed by and between plaintiffs MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA ("Plaintiffs"), and defendant SOCIÉTÉ AIR FRANCE ("Defendant"), by and through their respective undersigned attorneys, as follows:

      1.    Plaintiffs' claims herein arise out of an accident at Toronto, Canada, on August 2, 2005 ("the Accident") involving an Airbus 340 aircraft operated by Defendant as Air France Flight 358.

      2.    Plaintiffs' claims arising from the Accident are governed by the Montreal Convention, which is a Treaty of the United States.

      3.    In this action, Plaintiffs are seeking to recover damages pursuant to Article 17 of the Montreal Convention for bodily injuries proximately caused by the Accident (including Plaintiffs' disembarkation from the aircraft), as well as damages for emotional injury/distress caused by those bodily injuries.

      4.    The nature and extent of Plaintiffs' bodily injuries proximately caused by the Accident, and of Plaintiffs' emotional distress resulting from those bodily injuries, remains disputed between Plaintiffs and Defendant.

      5.    While the nature and extent of Plaintiffs' injuries proximately caused by the Accident remain disputed, the parties wish to spare themselves the expense of unnecessary motion practice with respect to what categories of emotional injury/distress damages are recoverable under Article 17 of the Montreal Convention. THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS WITH REGARD TO THE CATEGORIES OF EMOTIONAL INJURY/DISTRESS DAMAGES WHICH, IF PROVEN AT TRIAL, ARE AND ARE NOT RECOVERABLE UNDER ARTICLE 17 OF THE MONTREAL CONVENTION AS INTERPRETED BY THE COURTS OF THE NINTH CIRCUIT:

Stipulation and Order *Re* Emotional Distress Claims       No. C 06-04665 JSW (JL)

A. Plaintiffs' damages for bodily injuries proximately caused by the Accident are recoverable to the extent it is proven at trial that Plaintiffs suffered such bodily injuries and that they were proximately caused by the Accident;

B. Each Plaintiff may recover damages for his or her emotional injury/distress resulting from that Plaintiff's bodily injuries proximately caused by the Accident;

C. Plaintiffs may not seek or recover damages for either of the following:

  i. Emotional injury/distress resulting from the Accident itself; or

  ii. Physical manifestations of emotional injury/distress resulting from the Accident, except for a Plaintiff's physical manifestations that proximately result from that Plaintiff's emotional injury/distress that was in turn caused by that Plaintiff's bodily injuries proximately resulting from the Accident.

6. The right to appeal is reserved to Plaintiffs and to Defendant on all issues except for those addressed in the preceding paragraph or in prior stipulations between the parties in this action.

7. The signing of this Stipulation by the Defendant is in no way to be construed as an admission of responsibility or liability by Defendant or any of its directors, officers, employees, agents, insurers, subsidiaries, corporate parents, or corporate affiliates for the Accident, said responsibility and liability being expressly denied by Defendant, nor is the signing of this Stipulation by the Defendant in any way to be construed as an admission by Defendant that Plaintiffs have suffered provable, recoverable damages for bodily injuries or emotional distress in this action in any amount.

8. This Stipulation is made by the parties hereto for the purposes of this case only, and shall not bind either party or its counsel in any other proceeding.

//

//

//

9. The signing of this Stipulation by the parties hereto and (a) the absence of a judgment (if there is no trial) or (b) the entry of judgment after verdict (if a trial takes place) in no way adversely affects the rights of recourse of Defendant to recover contribution and/or indemnity from anyone who caused or may have contributed to the cause of the Accident, which rights are preserved.

Dated: July 5, 2007    Respectfully Submitted,

| KREINDLER & KREINDLER LLP | HOLLAND & KNIGHT LLP |
|---|---|
| */s/ Robert Spragg by permission-LLC* | */s/ Coleman* |
| Gretchen M. Nelson (Bar # 112566) | Charles L. Coleman, III (Bar # 65496) |
| 707 Wilshire Blvd., Suite 5070 | 50 California Street, 28th Floor |
| Los Angeles, CA 90017 | San Francisco, CA 94111 |
| Tel.: (213) 622-6469 | Tel: (415) 743-6970 |
| Fax: (213) 622-6019 | Fax: (415) 743-6910 |
| | |
| Robert J. Spragg, *pro hac vice* | Randal R. Craft, Jr., *pro hac vice* |
| Hilary B. Taylor (Cal. Bar No. 203796) | 195 Broadway, 24th Floor |
| 100 Park Avenue, 18th Floor | New York, NY 10007 |
| New York, NY 10017 | Tel: (212) 513-3200 |
| Tel.: (212) 687-8181 | Fax: (212) 385-9010 |
| Fax: (212) 972-9432 | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| | SOCIÉTÉ AIR FRANCE |

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:    July 12  , 2007    _/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# 4646792_v3

4

Stipulation and Order *Re* Emotional Distress Claims    No. C 06-04665 JSW (JL)