| | |
|---|---|
| 1 | Gretchen M. Nelson (Cal. Bar No. 112566) |
| 2 | KREINDLER & KREINDLER LLP<br>707 Wilshire Blvd., Suite 5070 |
| 3 | Los Angeles, CA 90017<br>Tel.: (213) 622-6469 |
| 4 | Fax: (213) 622-6019<br>         -and- |
| 5 | Robert J. Spragg, *pro hac vice* |
| 6 | Hilary B. Taylor (Cal. Bar No. 203796)<br>KREINDLER & KREINDLER LLP |
| 7 | 100 Park Avenue, 18th Floor<br>New York, NY 10017 |
| 8 | Tel.: (212) 687-8181<br>Fax: (212) 972-9432 |

*Attorneys for Plaintiffs*

Charles L. Coleman, III (Cal. Bar No.65496)
Chung-Han Lee (Cal. Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

*Attorneys for Defendant Société Air France*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>                    Plaintiffs,<br><br>v.<br><br>SOCIETE AIR FRANCE,<br><br>                    Defendants. | Civ. No. C 06-04665 JSW (JL)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [~~PROPOSED~~] ORDER**<br><br>[DECLARATION OF ROBERT J. SPRAGG FILED CONCURRENTLY HEREWITH] |

1

Stipulated Request for Order Changing Time                                                No. C 06-04665 JSW (JL)

The parties make this stipulated request for an order changing time pursuant to Local Rule 6-2. It is hereby stipulated and agreed by and between plaintiffs MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA ("Plaintiffs"), and defendant SOCIÉTÉ AIR FRANCE ("Defendant"), by and through their respective undersigned attorneys, that the expert discovery deadline in this action be extended from August 20, 2007 to September 28, 2007. In support of their stipulated request, the parties state as follows:

The Court held the Initial Case Management Conference in this action on December 15, 2006. At the hearing, the Court set a case management schedule setting deadlines for the completion of ADR, non-expert and expert discovery, and dispositive motions. In the December 20, 2006 Scheduling Order, the Court provided the following deadlines:

| | |
|---|---|
| Last Day to Conduct ADR | February 20, 2007 |
| Further Case Management Conference | March 9, 2007, 1:30 p.m. |
| Close of Non-Expert Discovery | March 30, 2007 |
| Last Day for Expert Discovery | June 29, 2007 |
| Last Day to Hear Dispositive Motions | August 3, 2007, 9:00 a.m. |
| Pretrial Conference | October 22, 2007, at 2:00 p.m. |
| Jury Trial Date | November 26, 2007 at 8:30 a.m. |

On February 14, 2007, the parties filed a Stipulated Request to extend certain deadlines in the Court's Case Management Order, including the date for completion of ADR and the completion of fact and expert discovery. On February 26, 2007, the Court granted the Stipulated Request and extended these case management deadlines. Under the Court's Order, the following new deadlines were adopted:

| | |
|---|---|
| Last Day to Conduct ADR | April 13, 2007 |
| Further Case Management Conference | April 27, 2007, 1:30 p.m. |
| Close of Non-Expert Discovery | May 4, 2007 |

The parties held their ADR mediation before Judge Tevrizian of the Central District of California on Wednesday, April 11, 2007. The parties were unable to settle this action at the mediation. Therefore, the parties moved forward to complete discovery and prepare for trial in November 2007.

On April 16, 2007, the parties filed another Stipulated Request to extend the deadlines for the completion of fact and expert discovery and the last date to hear dispositive motions so that the parties would have adequate time to complete discovery and prepare for trial in November 2007. On April 23, 2007, the Court again graciously granted the Stipulated Request and extended these case management deadlines. Under the Court's Order, the following new deadlines were adopted:

| | |
|---|---|
| Further Case Management Conference | June 1, 2007, 1:30 p.m. |
| Close of Non-Expert Discovery | June 1, 2007 |
| Last Day for Expert Discovery | July 20, 2007 |
| Last Day to Hear Dispositive Motions | August 31, 2007, 9:00 a.m. |
| Pretrial Conference | October 22, 2007, at 2:00 p.m. |
| Jury Trial Date | November 26, 2007 at 8:30 a.m. |

At the June 1, 2007 Further Case Management Conference, the parties requested that the Expert Discovery Deadline be further extended to August 20, 2007 to allow for the completion of the depositions of the plaintiffs' treating physicians, the preparation of expert reports and the depositions of the experts. The Court granted the parties request to extend the deadline for the last day for expert discovery to August 20, 2007.

Since that time, the parties have made substantial progress in completing the work that remains to be done prior to the expert discovery deadline. Defendant Societe Air France has taken the depositions of the following treating physicians: Nancy Huang Santos, M.D. (taken May 24, 2007), Marshall Contreras, M.D. (taken May 25, 2007), Patricia Hatton, M.D. (taken May 29, 2007), Gary M. Alegre, M.D. (taken May 31, 2007), Anh X. Le, M.D. (taken May 31, 2007), Thomas McKenzie, M.D. (taken May 31, 2007), Mary O'Hara, M.D. (taken June 19, 2007) and Melba Berbano, M.D. (taken July 13, 2007).

3

The parties now have disclosed the expert witnesses that they intend to call at trial. Plaintiffs have provided defendant Societe Air France with the Rule 26(a)(2)(B) reports of retained expert witnesses Anh X. Le, M.D., Gary M. Alegre, M.D. and Peter Formuzis, Ph.D. and defendant Societe Air France has provided plaintiffs with the Rule 26(a)(2)(B) reports of retained expert witnesses Robert A. Rovner, M.D. and William V. Good, M.D. All that remains to be completed is for the parties to schedule and take the depositions of these retained expert witnesses. The requested expert discovery deadline extension will allow the parties to accommodate the schedules of the experts and of counsel.

In light of the foregoing events, the parties now seek to extend the expert discovery deadline as set forth in the Court's June 1, 2007 Amended Civil Minute Order. Thus, the parties stipulate and respectfully request that the Court amend the Scheduling Order to provide the following deadline:

Last Day for Expert Discovery                September 28, 2007

1. The parties agree that there is good cause for this extension. First, the parties have been diligent in conducting factual and expert discovery. The only discovery remaining in this action is the taking of the depositions of the expert witnesses retained by the parties. Second, this requested extension of time to complete expert discovery will not impact the other remaining deadlines. Neither plaintiffs nor defendant Societe Air France are planning to file any dispositive motions in this action because all potentially significant issues of dispute were addressed by the parties in the Stipulation Regarding Certain Claims and Defenses and Order, entered by the Court on February 14, 2007, and the Stipulation Regarding Certain Claims for Damages for Emotional Distress and Order, entered by the Court on July 12, 2007. Therefore, the August 31, 2007 deadline for hearings on dispositive motions will not require any action on the part of the parties or the Court and will not be affected by this extension. In addition, the new deadline for completion of expert discovery will allow the parties to report to the Court on their progress in completing expert discovery at the next case management conference, which has been scheduled by the Court for September 14, 2007.

| | |
|---|---|
| 1 | The proposed extension of the expert discovery deadline from August 20, 2007 to |
| 2 | September 28, 2007 also will not delay the scheduled Pretrial Conference (October 22, 2007 at |
| 3 | 2:00 p.m.) and the Jury Trial Date (November 26, 2007 at 8:30 a.m.) previously set by the Court. |
| 4 | The extension of the Scheduling Order being sought in this Stipulation by the parties is not being |
| 5 | sought for the purpose of delay but is intended to allow the parties to conduct the necessary |
| 6 | remaining expert discovery to prepare this case for trial. |
| 7 | Pursuant to L.R. 6-2, this Stipulated Request is accompanied by the Declaration of Robert |
| 8 | J. Spragg filed concurrently hereto. |

Dated: August 15, 2007

Respectfully Submitted,

KREINDLER & KREINDLER LLP

*/s/ Robert J. Spragg (by Robert A. Bleicher per authorization by Robert Spragg)*

Gretchen M. Nelson (Cal. Bar No. 112566)
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Attorneys for Plaintiffs

Dated: August 15, 2007

HOLLAND & KNIGHT LLP

*/s/ Robert A. Bleicher*

Charles L. Coleman, III (State Bar No. 65496)
Robert A. S. Bleicher (State Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

Attorneys for Defendant

5

Stipulated Request for Order Changing Time        No. C 06-04665 JSW (JL)

1
2
3   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5
6   Dated: August 20, 2007                    _____
                                                THE HONORABLE JEFFREY S. WHITE
7                                               UNITED STATES DISTRICT JUDGE
8
...
28

6