Gretchen M. Nelson (Cal. Bar No. 112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019
    -and-
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

*Attorneys for Plaintiffs*

Charles L. Coleman, III (Cal. Bar No.65496)
Robert A. Bleicher (Cal. Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

*Attorneys for Defendant Société Air France*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>                  Plaintiffs,<br><br>    v.<br><br>GROUPE AIR FRANCE-KLM and SOCIÉTÉ AIR FRANCE,<br><br>                  Defendants. | Civ. No. C 06-04665 JSW (JL)<br><br>STIPULATED REQUEST AND [PROPOSED] ORDER FOR CHANGING DATE FOR FINAL PRETRIAL CONFERENCE |

1  The Parties make this stipulated request for an order changing the date of the final pretrial conference in this matter from October 22, 2007 to November 5, 2007, pursuant to Local Rule 6-2.

It is hereby stipulated and agreed by and between Plaintiffs MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA ("Plaintiffs"), and Defendant SOCIÉTÉ AIR FRANCE ("Defendant"), by and through their respective undersigned attorneys, as follows:

The final pretrial conference for this matter is currently scheduled for October 22, 2007, at 2:00 p.m. On September 14, 2007, the Court held a further case management conference, at which time the Parties advised the Court that they had agreed to another round of Alternative Dispute Resolution, either with Judge Tevrizian or before a United States Magistrate; the Parties agreed that they would make that election on or before September 21, 2007.

The Parties will likely obtain a mediation/ADR date from either Judge Tevrizian or a United States Magistrate within the first ten days or two weeks of October 2007, based upon currently available calendars.

In light of the possibility that the Parties could reach a settlement of this matter, and in recognition of their obligation to file *in limine* motions, jury instructions, and other related documents in conjunction with the Court's standing pretrial order, the Parties request a continuance of the pretrial conference so that they have an opportunity to settle the case in mediation before undertaking the expense of those pretrial filings in accordance with the Court's standing order.

Rescheduling the final pretrial conference to November 5, 2007 would enable the parties to complete their alternative dispute resolution and possibly settle the action without simultaneously incurring the expense of preparing *in limine* motions, jury instructions and the

2

Stipulation and Order *Re* Changing Date for Final Pretrial Conference

No. C 06-04665 JSW (JL)

related pretrial submissions pursuant to the Court's standing order, thus resulting in substantial savings to both Plaintiffs and Defendants.

Based upon the foregoing, the Parties agree that there is good cause for rescheduling the final pretrial conference to November 5, 2007. The new pretrial conference date requested by this stipulation is not being sought for the purpose of delay, but is intended to allow the Parties to complete ADR/mediation which, if successful, would result in substantial savings to their clients and overall economic efficiency in this matter. The proposed rescheduling of the pretrial conference does not delay the previous trial date set by the Court.

Pursuant to Local Rule 6.2, this stipulated request is accompanied by the declaration of Robert A. Bleicher, filed concurrently herewith.

Respectfully Submitted,

Dated: September 19, 2007

KREINDLER & KREINDLER LLP

_____
Gretchen M. Nelson (Cal. Bar No. 112566)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019
-and-
Robert J. Spragg, *pro hac vice*
Hilary B. Taylor (Cal. Bar No. 203796)
KREINDLER & KREINDLER LLP
100 Park Avenue, 18th Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432
*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: September 19, 2007 | HOLLAND & KNIGHT LLP |
| | *[signature]* |
| | Charles L. Coleman, III (State Bar No. 65496) |
| | Robert A. Bleicher (State Bar No. 111334) |
| | HOLLAND & KNIGHT LLP |
| | 50 California Street, 28th Floor |
| | San Francisco, CA 94111-4624 |
| | Tel: (415) 743-6900 |
| | Fax: (415) 743-6910 |
| | |
| | Attorneys for Defendant |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THE FINAL PRETRIAL CONFERENCE WILL BE HELD ON MONDAY, NOVEMBER 5, 2007, AT 2:00 P.M.**

Dated: September 20, 2007

*[signature]*

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# 4803770_v1

4

Stipulation and Order *Re* Changing Date for Final Pretrial Conference

No. C 06-04665 JSW (JL)