United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAJED ABDEEN KARABALA, et al.,

      Plaintiffs,

  v.

GROUPE AIR FRANCE-KLM, et al.,

      Defendants.

_____/

No. C 06-04665 JSW

**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES**

On October 18, 2007, Plaintiffs informed the Court that the parties in the above-captioned matter had reached a settlement. On November 2, 2007, Plaintiffs filed an administrative motion seeking to appear by telephone at the pretrial conference scheduled for November 5, 2007. In light of the parties' apparent settlement, the Court HEREBY VACATES the pretrial conference and trial dates. The parties shall file the minor's compromise papers by no later than December 14, 2007. The Court DENIES Plaintiffs' administrative motion as MOOT.

    **IT IS SO ORDERED.**

Dated: November 2, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE