Gretchen M. Nelson, Esq. CSB # 112566
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 5070
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
gnelson@kreindler.com

Robert J. Spragg, Esq., *Pro Hac Vice*
Hilary B. Taylor, Esq., CSB #203796
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017
Tel. No. (212) 687-8181
Facsimile: (212) 943-3491
rspragg@kreindler.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>    Plaintiffs,<br>v.<br><br>GROUPE AIR FRANCE-KLM and SOCIETE AIR FRANCE,<br><br>    Defendants. | Case No. C 06-04665 JSW (JL)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE COMPROMISE PAPERS UNDER SEAL** |

    Plaintiffs Majed Abdeen Karabala, individually and on behalf of her minor child, Ahmad Thabet Karabala, Amal Karabala, individually and on behalf of her minor children, Yousef Karabala and Mohammad Karabala, and Noor Karabala have moved this Court for leave to file under seal, in their entirety, Plaintiffs' Under Seal Petition for Compromise, Under Seal Attorney's Declaration in Support of Plaintiffs' Under Seal Petition for Compromise and proposed Under Seal Compromise Order. The Court has considered Plaintiffs' Administrative

Motion to File Compromise Papers Under Seal and [Proposed] Order, along with the accompanying Declaration of Robert J. Spragg, and being so informed,

**IT IS HEREBY ORDERED** that Plaintiffs' Administrative Motion to File Compromise Papers Under Seal is granted, and that Plaintiffs' Under Seal Petition for Compromise, Under Seal Attorney's Declaration in Support of Plaintiffs' Under Seal Petition for Compromise and proposed Under Seal Compromise Order are entitled to protection under the law and are sealable in their entirety. The Clerk of the Court is therefore directed to file under seal, in their entirety, Plaintiffs' Under Seal Petition for Compromise, Under Seal Attorney's Declaration in Support of Plaintiffs' Under Seal Petition for Compromise and proposed Under Seal Compromise Order.

Dated: December 17, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE