Charles L. Coleman, III (Cal. Bar No.65496)
Robert A. Bleicher (Cal. Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

Attorneys for Defendant
SOCIÉTÉ AIR FRANCE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJED ABDEEN KARABALA, individually and on behalf of her minor child, AHMAD THABET KARABALA; AMAL KARABALA, individually and on behalf of her minor children, YOUSEF KARABALA and MOHAMMAD KARABALA; and NOOR KARABALA,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIÉTÉ AIR FRANCE,<br><br>Defendant. | Civ. No. C 06-04665 JSW (JL)<br><br>**STIPULATED REQUEST FOR DISMISSAL AND ORDER** |

///
///
///
///

- 1 -

STIPULATED REQUEST FOR DISMISSAL AND ORDER     Case No. C 06-04665 JSW (JL)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties hereto, through their respective attorneys of record, to request dismissal of this action in its entirety, with prejudice, each side to bear its own costs and fees.

Dated: February 20, 2008

KREINDLER & KREINDLER, LLP

Robert J. Spragg, pro hac vice
Attorneys for Plaintiffs
MAJED ABDEEN KARABALA; AHMAD THABET KARABALA; AMAL KARABALA, , YOUSEF KARABALA, MOHAMMAD KARABALA; and NOOR KARABALA

Dated: February 25, 2008

HOLLAND & KNIGHT LLP

Robert A. Bleicher
Charles L. Coleman, III
Attorneys for Defendant
SOCIÉTÉ AIR FRANCE

**PURSUANT TO STIPULATION, IT IS THE ORDER OF THE COURT** that this action is dismissed in its entirety, with prejudice, each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: February 26, 2008

Honorable Jeffrey S. White

# 5138507_v1

- 2 -